# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Mark Treadwell

          Plaintiff,

v.

David Salgado, et al.

          Defendant.

Case No.: 1:19–cv–03179
Honorable Virginia M. Kendall


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, August 5, 2019:


       MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 8/5/2019. Defendants' Motion to Stay Proceedings pending the outcome of pending criminal proceedings [34] is granted. Case proceedings are stayed. Status hearing set for 10/30/2019 at 9:00 AM. Status hearing set for 8/20/2019 is stricken. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.