IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK TREADWELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 C 3179 |
| | ) | |
| vs. | ) | |
| | ) | Judge Kendall |
| CHICAGO POLICE OFFICERS DAVID SALGADO (#16347), XAVIER ELIZONDO (#1340), and the CITY OF CHICAGO, Illinois, | ) ) ) | Magistrate Judge McShain |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order of September 1, 2020 the parties report the following:

A. **Progress of written discovery:** Plaintiff and Defendant City have exchanged written discovery and ongoing document disclosures.

B. **The state of settlement discussions:** The parties engaged in a settlement conference with Magistrate Judge Schenkier on February 2, 2020. No settlement was reached. The parties are not requesting a settlement conference at this time, as the proposed settlement amounts remain far apart. However the parties will confer with the Court should their positions change.

C. **Any other matters the parties believe should be brought to the Court's attention:** None at this time.

Respectfully Submitted by:

Matthew J. Madden (matt@mjmaddenlaw.com)
209 S. LaSalle St., 7th Floor
Chicago, IL 60604

*For Plaintiff Treadwell*

Shneur Nathan (snathan@nklawllp.com)
Avi Kamionski (akamionski@nklawllp.com)
Helen O'Shaughnessy (helen@nklawllp.com)
**Nathan & Kamionski, LLP**
33 W. Monroe St., Suite 1830
Chicago, IL 60603

*For Defendant City*

Kenneth Battle (kbattle@mokblaw.com)
**O'Connor & Battle L.L.P**
20 N. Clark St., Suite 1600
Chicago, IL 60602

*For Defendant Elizondo*

Whitney Newton Hutchinson (whutchinson@borkanscahill.com )
**BORKAN & SCAHILL, LTD.**
Two First National Plaza
20 S. Clark St., Suite 1700
Chicago, IL 60602

*For Defendant Salgado*

## **CERTIFICATE OF SERVICE**

      I, Helen C. O'Shaughnessy, the undersigned attorney, hereby certify that I have caused true and correct copies of the above and foregoing Joint Status Report to be served on all counsel of record via the Court's CM/ECF system, in accordance with the rules of electronic filing of documents, on this 8th day of October, 2020.

                                                   */s/ Helen C. O'Shaughnessy*
                                                   Helen C. O'Shaughnessy