UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK TREADWELL, | ) |
|     Plaintiff, | ) No. 19-cv-3179 )  ) Judge Kendall |
| v. | ) ) Magistrate Judge McShain |
| Chicago Police Officers DAVID SALGADO (#16347), XAVIER ELIZONDO (#1340), and the CITY OF CHICAGO, Illinois. | ) ) ) ) ) |
|     Defendants. | ) ) |

**PARTIES' JOINT MOTION
FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND
FOR ELIZONDO'S RESONSE TO PLAINTIFF'S AMENDED COMPLAINT**

    Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff, Mark Treadwell and Defendants, City of Chicago, David Salgado, and Xavier Elizondo jointly move for an extension of time to complete to fact discovery, as well as for a two week extension of time for Defendant Elizondo to respond to Plaintiffs' Amended Complaint. In support of their motion, the Parties state as follows:

    1.    On May 10, 2019, Mark Treadwell ("Plaintiff") filed a twelve count complaint alleging various claims pursuant to § 1983 as well as Illinois State Law claims against former City of Chicago police officers David Salgado and Xavier Elizondo, as well claims seeking to hold the City liable for indemnification and under a theory of respondeat superior for the state law claims.

    2.    Plaintiff's claims stem from his October 21, 2017 arrest and prosecution for drug crimes that he alleges he did not commit.

    3.    On December 10, 2020, Plaintiff filed an amended complaint that includes

the allegations in the original complaint and adds allegations seeking to hold the City of Chicago liable for his injuries pursuant to *Monell v. Department of Social Services*, 436 U.S. 658 (1978) and its progeny.

4. Defendants' responses to Plaintiff's Amended Complaint are currently due on December 24, 2020, but Defendant Salgado filed an unopposed motion of time to extend that deadline to January 7, 2021, and the City filed an unopposed motion to extend its time to respond to February 8, 2021.

5. With this motion, Defendant Elizondo requests the same 14-day extension of time to answer Plaintiff's Amended Complaint that Defendant Salgado recently requested, so that his answer would be due on January 7, 2021 as well.

6. Initially, discovery was stayed as to both of the individual defendants. Dkt. 85. After the stay was lifted in August 2020, the current fact discovery deadline of April 15, 2020 was set. Dkt. 89.

7. Although written discovery and document production have started, the individual defendants have not yet provided initial disclosures because those disclosures were not due until 30 days after they answered Plaintiff's initial complaint, and they did not answer that complaint before Plaintiff filed an amended complaint.

8. Given the *Monell* allegations in Plaintiffs' amended complaint, the parties respectfully submit that they will not be able to complete fact discovery by April 15, 2020.

9. In addition to the fact that the scope of discovery has expanded with Plaintiffs' *Monell* allegations, the COVID pandemic has made discovery more difficult in this case. The parties are mindful of Judge McShain's statements that they should plan to take all depositions remotely, and they are proceeding based on that assumption, but

there are some roadblocks to taking certain remote depositions in this case. For example, Defendant Salgado is scheduled to report to prison in early January, and the parties were unable to schedule a remote deposition with him before then due in part to a COVID exposure.

10. The parties submit that good cause exists to modify the existing discovery schedule for the above-stated reasons. To ensure that the parties have sufficient time to complete discovery, they propose the following amended discovery schedule, which adds six months to the current discovery schedule and moves each deadline back using approximately the same time intervals from the existing schedule.

   a. Initial disclosures for Defendants Elizondo and Salgado: March 8, 2020
   b. Close of fact discovery: October 15, 2021
   c. Disclosure of plaintiff's experts: December 15, 2021
   d. Depositions of plaintiffs' experts: January 17, 2022
   e. Disclosure of defendants' expert reports: January 17, 2022
   f. Deposition of defendants' experts: February 17, 2022
   g. Dispositive motions: April 19, 2022

11. The Parties do not bring this Motion to cause delay or undue burden. Rather, they bring this joint Motion to ensure that they have sufficient time to complete the necessary written and oral discovery in this case.

WHEREFORE, the Parties jointly request that this Honorable Court grant their Motion for an Extension of Time to Complete Discovery, as well as for a two week extension of time for Defendant Elizondo to respond to Plaintiffs' Amended Complaint.

Respectfully Submitted,

| MARK TREADWELL | CITY OF CHICAGO |
|---|---|
| /s/ Scott Rauscher<br>Attorneys for Plaintiff<br>Jon Loevy<br>Scott Rauscher<br>Josh Tepfer<br>Theresa Kleinhaus<br>Loevy & Loevy<br>311 N. Aberdeen, 3rd Floor<br>Chicago, Illinois 60607<br>(312) 243-5900<br><br>Matthew J. Madden<br>Attorney At Law, LLC<br>209 S. LaSalle, 7th Floor<br>Chicago, IL 60604<br>(312) 762-9473<br>matt@mjmaddenlaw.com<br><br>Molly Armour<br>Law Office of Molly Armour<br>4050 N. Lincoln Avenue<br>Chicago, IL 60618<br>(773) 746-4849<br>armourdefender@gmail.com | /s/ Ryan D. Janski<br>Attorneys for Defendant City of Chicago<br>Shneur Nathan<br>(snathan@nklawllp.com)<br>Avi Kamionski<br>(akamionski@nklawllp.com)<br>Helen O'Shaughnessy<br>(helen@nklawllp.com)<br>Ryan D. Janski<br>(rjanski@nklawllp.com)<br>**Nathan & Kamionski, LLP**<br>33 W. Monroe, Suite 1830<br>Chicago, Illinois 60603 |
| XAVIER ELIZONDO | DAVID SALGADO |
| /s/Jessica Gomez-Feie<br>Attorneys for Defendant Xavier Elizondo<br>Kenneth Battle<br>(kbattle@mokblaw.com)<br>Winnefred Monu<br>(wmonu@mokblaw.com)<br>Jessica Gomez-Feie<br>(jgf@mokblaw.com)<br>O'Connor & Battle L.L.P.<br>20 N. Clark Street, Suite 1600<br>Chicago, Illinois 60602 | /s/ Whitney N. Hutchinson<br>Attorneys for Defendant David Salgado<br>Steven B. Borkan<br>Timothy P. Scahill<br>Whitney N. Hutchinson<br>Borkan & Scahill, Ltd.<br>Two First National Plaza<br>20 South Clark Street, Suite 1700<br>Chicago, IL 60603<br>(312) 580-1030 |