# EXHIBIT A

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3   UNITED STATES OF AMERICA,          )   Docket No. 18 CR 286
                                        )
 4                     Plaintiff,       )
                                        )
 5              vs.                     )
                                        )
 6   XAVIER ELIZONDO, et al.,           )   Chicago, Illinois
                                        )   March 11, 2020
 7                     Defendants.      )   10:00 o'clock a.m.

 8                  TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE MATTHEW F. KENNELLY
 9

10   APPEARANCES:

11
     For the Government:    HON. JOHN R. LAUSCH, JR.,
12                          UNITED STATES ATTORNEY
                            BY:  MR. SEAN JOSEPH BYRNES FRANZBLAU
13                               MR. ANKUR SRIVASTAVA
                            219 S. Dearborn St., Suite 500
14                          Chicago, Illinois  60604

15
     For Defendant          LAW OFFICES OF MICHAEL F. CLANCY
16   Xavier Elizondo:       BY:  MR. MICHAEL F. CLANCY
                            53 W. Jackson, #1401
17                          Chicago, IL 60604
                            (312)427-0288
18

19

20

21   Court Reporter:        MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
                            Official Court Reporter
22                          219 S. Dearborn Street, Suite 2102
                            Chicago, Illinois  60604
23                          (312) 435-5639

24

25
```

CITY 009498

2

1    APPEARANCES CONTINUED:

2
     For Defendant
3    David Salgado:          PETRO & ASSOCIATES
                             BY:  MR. MICHAEL JOHN PETRO
4                                 MS. BROOKE BUICAN
                             53 W. Jackson, Suite 630
5                            Chicago, IL 60604
                             (312)913-1111
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CITY 009499

Treadwell - direct by Mr. Franzblau

118

1  or Tinley Park?

2        MR. SRIVASTAVA:  Objection.

3        THE COURT:  Sustained.

4  BY MR. PETRO:

5  Q.  Are you still working for Orland Park, Tinley Park, as a

6  confidential informant?

7        MR. SRIVASTAVA:  Objection.

8        THE COURT:  Sustained.

9        MR. PETRO:  If I may have a second, please?

10        THE COURT:  Sure.

11    (Brief pause.)

12        MR. PETRO:  Nothing else.  Thank you, Judge.

13        THE COURT:  Mr. Clancy.

14        MR. CLANCY:  No questions, Judge.

15        THE COURT:  Any redirect?

16        MR. SRIVASTAVA:  No, your Honor.

17        THE COURT:  You are excused.

18        Please call the next witness.

19        MR. FRANZBLAU:  The government calls Mark Treadwell.

20    (Witness sworn.)

21        THE COURT:  All right.  You can go ahead.

22        MR. FRANZBLAU:  Thank you, Judge.

23                        - - -

24            MARK TREADWELL, DIRECT EXAMINATION

25  BY MR. FRANZBLAU:

CITY 009615

Treadwell - direct by Mr. Franzblau

119

 1  Q.  Good afternoon, sir.

 2  A.  Good afternoon.

 3  Q.  Can you please state and spell your name for the court

 4  reporter?

 5  A.  My name is Mark Treadwell --

 6          THE COURT:  Is Mark --

 7          THE WITNESS:  M-a-r-k --

 8          THE COURT:  It's with a K.  Okay.

 9          THE WITNESS:  T-r-e-a-d-w-e-l-l.

10  BY MR. FRANZBLAU:

11  Q.  Mr. Treadwell, how old are you?

12  A.  I'm 39.

13  Q.  Where do you live?

14  A.  I live at 16- --

15          THE COURT:  Don't give the address, just part of

16  the -- city and -- what part of the city.

17          THE WITNESS:  I live on the Southwest Side of

18  Chicago.

19  BY MR. FRANZBLAU:

20  Q.  Did you grow up in Chicago?

21  A.  Yes, I did.

22  Q.  Lived here your whole life?

23  A.  Majority.

24  Q.  Are you currently employed?

25  A.  I am employed part time.

Treadwell - direct by Mr. Franzblau

122

1  Q.  When did you deal drugs?

2  A.  When I was around 25 to 27 years old.

3  Q.  So I'm not great with math, but that would be about 2005,

4  2006, '7 time frame?

5  A.  Yes, sir.

6  Q.  What kind of drugs did you deal?

7  A.  I sold marijuana.

8  Q.  Did you sell anything else besides marijuana?

9  A.  No, sir.

10 Q.  What kind of quantities were you selling?

11 A.  Small quantities; dime bags, $10 bags, $20 bags.

12 Q.  And where would you sell drugs?

13 A.  I would sell them to friends and family, colleagues that I

14 worked with.

15 Q.  Did you stop selling drugs in 2007?

16 A.  Yes, I did.

17 Q.  Why did you stop?

18 A.  I wasn't very good at it, and I realized that I couldn't

19 smoke weed and sell weed.

20 Q.  Did you get in some trouble with the law as well around

21 that time?

22 A.  Yes.

23 Q.  So it sounds like you've used drugs as well; is that

24 right?

25 A.  Yes, sir.

Treadwell - direct by Mr. Franzblau

123

1   Q.  What kind of drugs have you used in your life?

2   A.  I smoked weed for a lot of years of my teenage years, and

3   I've recreationally dabbled with ecstasy.

4   Q.  Okay.  Let's talk about the marijuana use first.  You said

5   you started using it in your teenage years?

6   A.  Yes, sir.

7   Q.  How long did you use marijuana for?

8   A.  For years.  At least 20 or so years.

9   Q.  Do you still use marijuana?

10  A.  No, I don't.

11  Q.  When did you stop?

12  A.  I stopped last year around October.

13  Q.  Why did you stop using marijuana at that time?

14  A.  Well, I found out through going through the construction

15  trades that, you know, whenever I get hired by a contractor

16  that I could possibly get -- have to do a random drop, and so

17  I realized that it really wasn't worth a career for a high

18  that doesn't last long at all.

19  Q.  Time to kick the habit?

20  A.  Yes, sir.

21  Q.  How frequently did you use marijuana during those years

22  that you were using it?

23  A.  I would use it every day.

24  Q.  Every day?

25  A.  Yes.

CITY 009620

Treadwell - direct by Mr. Franzblau

124

1   Q.  So you mentioned you also, I think you said, dabbled in

2   ecstasy.  Can you tell the Court about the frequency with

3   which you used ecstasy and the time period that you used it

4   in?

5   A.  I would frequently -- well, not frequently, I would use it

6   sometimes when I hung out with a female acquaintance, and it

7   was a party drug whenever I hung out with female friends.

8   Q.  So that would be like a few times a week, a few times a

9   month, a few times a year?

10  A.  Maybe two times a month.

11  Q.  Okay.  And how long were you using ecstasy at that rate?

12  A.  I was doing that for about four years.

13  Q.  When did you stop?

14  A.  I stopped doing ecstasy in around 2011, 2012.

15  Q.  Okay.  Are you using any kind of drugs now?

16  A.  No, sir.

17  Q.  You've been convicted of several crimes; is that right,

18  sir?

19  A.  Yes, sir.

20  Q.  In September of 2001, you were convicted of passing a

21  false check; is that right?

22  A.  Yes, sir.

23  Q.  And in July of 2005, you were convicted of unlawful

24  possession of a firearm; is that correct?

25  A.  Yes, sir.

CITY 009621

Treadwell - direct by Mr. Franzblau

125

1   Q.  Prior to your conviction, your firearm conviction, were

2   you involved in a dispute of some kind?

3   A.  Yes, sir.

4   Q.  Can you tell the Court what happened.

5   A.  I was involved in a matter where I had a vehicle of a

6   friend of mine's, it was a Corvette, to be exact, and he was

7   having issues with payments.  And so he had me keep the

8   vehicle, trying to hide it out from, I guess, the dealership,

9   and so I had it.  And I ended up letting a friend borrow it to

10  drive out of town to Mississippi, and they ended up not

11  returning the vehicle.  And we had a verbal dispute, and --

12  Q.  So you -- let me just break that down.  You basically were

13  responsible for a vehicle that then got lost?

14  A.  Yes.

15  Q.  And that led to a dispute with the owner of the vehicle?

16  A.  Yes.

17  Q.  Did that dispute escalate?

18  A.  It escalated with me and the friend of mine that had the

19  vehicle.

20  Q.  So tell the Court what happened when it sort of escalated

21  to its highest point.

22  A.  We ended up getting into a physical altercation, and it

23  didn't end very well.  We ended up losing friendship as a

24  result, and --

25  Q.  Was there a shooting involved?

Treadwell - direct by Mr. Franzblau

126

1  A.  It was, but it wasn't regarding the UUW that I got.

2  Q.  Well, we'll get into that, but I want to lay it all out

3  for the Court.

4          So tell the Court first about the shooting.

5  A.  Okay.

6  Q.  What happened?

7  A.  After the physical altercation, the guys decided that they

8  wanted to come -- that they wasn't done after the physical

9  altercation.  And they wanted to take it further and ended up

10  coming to my dad's residence, where I stayed as well, and

11  started calling and harassing me and just threatening to, you

12  know, not go anywhere until I came outside.

13  Q.  So you were kind of stuck inside with these guys

14  threatening you outside?

15  A.  Yes.

16  Q.  Did you do something to protect yourself?

17  A.  Yes.

18  Q.  What did you do?

19  A.  I had called a friend of mine.  He ended up coming over

20  and just trying to be there for support.  And he had bought

21  over a gun, and --

22  Q.  Did you ask him to bring a gun?

23  A.  No, I didn't ask him to bring a gun.

24  Q.  Okay.  Did you do something with that gun?

25  A.  Yes.

CITY 009623

Treadwell - direct by Mr. Franzblau

127

1   Q.  What did you do?

2   A.  I had the gun on me just in case.  When I came outside, it

3   was about six or seven guys outside.  They ended up standing

4   out there, you know, and they were trying to get me to come

5   off the porch, and I wouldn't come off the porch.  And so

6   another guy, so another -- so they were parked --

7   Q.  Well, let me skip ahead a little because time is short.

8           Did they shoot at you?

9   A.  Yes, they shot at me.

10  Q.  Did you pull out a gun and shot back at them?

11  A.  Yes.

12  Q.  Was anyone hit?

13  A.  I was hit, and as a result of me getting shot and getting

14  hit, I pulled out the gun and opened fire at them.

15  Q.  Okay.  Did you hit anyone?

16  A.  From my knowledge, no.

17  Q.  Okay.  After this shooting incident, did you start

18  carrying a firearm?

19  A.  After the shooting incident, if I can remember, I believe

20  I did.

21  Q.  Why?

22  A.  In fear of my life.  I didn't know if there was going to

23  be repercussions of anything after that, and --

24  Q.  Now, at some point during the time period that you were

25  carrying a firearm with you, did you get pulled over by the

Treadwell - direct by Mr. Franzblau

128

1  police?

2  A.  Yes, I did.

3  Q.  And did the police recover that firearm?

4  A.  Yes.

5  Q.  And is that where your UUW charge came from?

6  A.  Yes.

7  Q.  Since that time, have you possessed firearms?

8  A.  No, sir.

9  Q.  Have you carried firearms?

10  A.  No, sir.

11  Q.  Have you owned firearms?

12  A.  No, sir.

13  Q.  Did you carry firearms when you were dealing drugs?

14  A.  No, sir.

15  Q.  In February of 2007, you were convicted of two counts of

16  manufacturing and dealing in controlled substances and two

17  counts of possessing controlled substances; is that right?

18  A.  Yes, sir.

19  Q.  Was that tied to your marijuana dealing?

20  A.  No, sir.

21  Q.  What was that tied to?

22  A.  I can't vaguely remember what that was tied to.  I was --

23  Q.  Well, you don't have to get into all the facts, but were

24  you dealing marijuana at that time?

25  A.  At that time, I believe I was, but I don't -- I can't

CITY 009625

Treadwell - direct by Mr. Franzblau

129

1  remember if I had marijuana on me at that time.

2  Q.  Okay.  Have you ever dealt anything other than marijuana?

3  A.  No, sir.

4  Q.  Okay.  So you were convicted in 2007 of those counts.

5       In December of 2008, you were convicted of felony

6  possession of marijuana, correct?

7  A.  Yes.

8  Q.  February 2009, a misdemeanor marijuana possession,

9  correct?

10  A.  Yes.

11  Q.  April 2011, a felony marijuana possession, right?

12  A.  Yes.

13  Q.  So, Mark, you just testified you stopped dealing drugs

14  in 2007.  What are you doing with all this marijuana in the

15  years afterwards?

16  A.  I was smoking it, and I would purchase it in larger

17  quantities.  It was cheaper to get it that way.

18  Q.  Okay.  You were smoking a lot?

19  A.  Yeah, I was smoking a lot.

20  Q.  You were possessing large quantities, weren't you?

21  A.  Yes.

22  Q.  You weren't selling it, though, at that time?

23  A.  No, sir.

24  Q.  Was April 2011 your last drug conviction?

25  A.  Yes, sir.

CITY 009626

Treadwell - direct by Mr. Franzblau

130

1  Q.  But it wasn't your last criminal conviction, right?

2  A.  No, sir.

3  Q.  In 2014, there were two incidents in which you stole gas

4  from a gas station, correct?

5  A.  That's correct.

6  Q.  And you were charged with retail theft in two of those

7  cases, right?

8  A.  That's correct.

9  Q.  And you pled guilty to those charges?

10 A.  Yes, I did.

11 Q.  After your last retail theft conviction for this incident

12 in 2014, did you start making some changes in your life?

13 A.  Yes, I did.

14 Q.  Tell the Court just a little bit about why you decided to

15 change things around at that time?

16        MR. CLANCY:  I'm going to object to relevance, Judge.

17        THE COURT:  I think we've reached a point where you

18 can move on to --

19        MR. FRANZBLAU:  I'll move on.

20        THE COURT:  -- more pertinent topics.

21 BY MR. FRANZBLAU:

22 Q.  So your last criminal conviction was based on the retail

23 theft in 2014?

24 A.  Yes, sir.

25 Q.  Do you know a police officer named David Salgado?

Treadwell - direct by Mr. Franzblau

142

1  A.  I learned that he found two guns and some ecstasy in the

2  back of a vehicle that had just got brought over to the home

3  not too recently --

4  Q.  When did you learn that Doran had found two guns and

5  ecstasy inside a vehicle that had been dropped off at the

6  home?

7  A.  He told me the day -- the day after the vehicle had came.

8  Q.  Now, you were arrested on October 21st of 2017; is that

9  right?

10  A.  Yes.

11  Q.  Can you estimate when in relation to that date of your

12  arrest did you learn that Doran had found those items in this

13  vehicle?

14  A.  I learned about a week prior to getting arrested.

15  Q.  About a week prior.

16      Did Doran tell you what he was going to do with these

17  items he found?

18  A.  Yes, he told me that -- you know, that the items he found

19  in the vehicle, he wasn't sure if it belonged to the guy whose

20  vehicle it was or not.  But he had to repair a tire on the

21  vehicle, and the trunk was jammed, so he had ended up getting

22  into the trunk of the vehicle, and he seen the vehicle (sic)

23  in there trying to retrieve the spare tire, and that's how he

24  came across them.

25  Q.  So Doran told you he found these items in the manner you

1  just discussed.

2          Did he tell you what he planned to do with the items?

3  A.  He didn't say what -- what -- he didn't tell me anything

4  about the items except he found them and he didn't know -- the

5  best thing that he knew to do was keep them in the house

6  because he didn't want to get caught working on a vehicle and,

7  you know, the police may end up, you know, messing with him

8  for some reason.

9  Q.  So Doran told you he found two guns and drugs in a car,

10  and he said he was going to store it in the Harding residence?

11  A.  Yes.

12  Q.  Now, you were staying in the Harding residence at that

13  time, right?

14  A.  Yes.

15  Q.  And you were a convicted felon at that time, correct?

16  A.  Yes.

17  Q.  So what was your response when your nephew told you, hey,

18  Uncle, I've got two guns and a bunch of drugs I want to store

19  in our house here?

20          MR. CLANCY:  I'm going to object to the response to

21  his nephew.  That's not relevant.

22          THE COURT:  Overruled.

23          You can answer.

24  BY MR. FRANZBLAU:

25  Q.  You can answer.

Treadwell - direct by Mr. Franzblau

144

1  A.  I was pissed, and I wasn't in aggreance (sic) to him
2  storing the items there, but in the situation that he was in,
3  I believed that that was the best option at that time, and I
4  told him to make sure that -- you know, I don't want anything
5  to do with it, you know, you're grown, and whatever is going
6  on with these items, it's on your hands.
7  Q.  So you were pissed that he brought the items in, but did
8  you say, get it out of the house?
9  A.  I told him that, but I couldn't force him to do anything
10 because it wasn't -- you know, it's not my home, it's a family
11 home, so I can't -- couldn't make that decision.
12 Q.  Did Doran tell you where he was going to store the items
13 in the house?
14 A.  He did.
15 Q.  What did he tell you about that?
16 A.  He told me he was going to keep them in the closet
17 upstairs on the second floor in the back room.
18 Q.  Did he tell you how long he anticipated the items being in
19 the house?
20 A.  He told me that they shouldn't -- the items shouldn't be
21 there longer than the end of the week because the vehicle that
22 he found the items in, the guy had went out of town, and he
23 was supposed to be back in to get the vehicle and the items.
24 Q.  After Doran told you about the guns and the drugs, did he
25 ever show you the guns?

CITY 009641

Treadwell - direct by Mr. Franzblau

145

1  A.  Yes, he did.

2  Q.  Did he ever show you the drugs?

3  A.  He showed me some of the ecstasy.  I don't know if it was

4  everything that was in there, but he showed me two guns and

5  some ecstasy.

6  Q.  And some ecstasy?

7        Describe the ecstasy to the Court.  What did it look

8  like?  How much was it?  How was it packaged?

9  A.  It was -- it was in a bag and looked like it was

10  approximately about maybe 50, 60 pills.

11  Q.  What color were the pills?

12  A.  They were all different colors and shapes and sizes.

13  Q.  Did Doran tell you whether he was storing any other items

14  inside the home other than the guns and the drugs and the

15  ecstasy?

16  A.  No.

17  Q.  At some point, did Doran give you some of that ecstasy?

18  A.  Yes.

19  Q.  How much of that ecstasy did he give you?

20  A.  He gave me three pills.

21  Q.  Did you accept it?

22  A.  I did.

23  Q.  Why?  Why did you take drugs from your nephew?

24        MR. CLANCY:  Objection, relevance.

25        THE COURT:  Understanding that it's 2:30, I would

Treadwell - direct by Mr. Franzblau

161

1   with Xavier Elizondo and David Salgado?

2   A.  Yes.

3   Q.  Walk the Court through those interactions.

4   A.  The interactions were every time that they found different

5   belongings inside the house, the guns -- the two guns and the

6   drugs, they would come and ask me about them.

7   Q.  Elizondo or Salgado would?

8   A.  Yes.

9   Q.  Did you interact with any -- did you speak to any other

10  officers other than Elizondo and Salgado?

11  A.  No.

12  Q.  So this is important.  Walk the Court through.  What was

13  the first thing that either Elizondo or Salgado -- and we'll

14  be specific about it in a moment -- presented you with inside

15  the house that was recovered?

16  A.  They presented me with one of the guns.

17  Q.  One of the guns?

18  A.  Yes.

19  Q.  Who presented you with the gun?

20  A.  Officer Salgado.

21  Q.  Was Elizondo present when he presented you with the gun?

22  A.  Yes.

23  Q.  Okay.  What happened when they presented you with the gun?

24  A.  They asked me about the gun, and --

25  Q.  What did you tell them?

Treadwell - direct by Mr. Franzblau

162

1   A.  I told them that it wasn't mine and I didn't know anything
2   about the gun.
3   Q.  You told them it wasn't yours and you didn't know anything
4   about the gun.
5          So you lied to them, correct?
6   A.  Yes.
7   Q.  You did know about the gun?
8   A.  Yes.
9   Q.  You had seen that gun before?
10  A.  Yes.
11  Q.  Why did you lie to two police officers about a gun in your
12  home?
13  A.  Well, because -- to protect myself and my nephew as well
14  because the guns didn't belong to either one of us.
15  Q.  What was the next thing either Elizondo, Salgado -- or
16  Salgado presented you with?
17  A.  I believe the ecstasy or the other gun.  I wasn't sure.
18  Q.  Okay.  So we'll speed up in the interest of time, but each
19  time they presented you with something, were both officers
20  present?
21  A.  No, they both were not present every time --
22  Q.  Okay.  So let's break it down.
23          When they presented you with the ecstasy, who was
24  present for that?
25  A.  I believe Salgado was.

CITY 009659

Treadwell - direct by Mr. Franzblau

163

1   Q.  And Elizondo was not?

2   A.  He was there, but he wasn't -- he didn't question me about

3   it at that time.

4   Q.  Was he standing within earshot of what was going on?

5   A.  Not from what I can see.

6   Q.  So this time it was just you and Salgado?

7   A.  Yes.

8   Q.  What happened when Salgado presented you with the ecstasy?

9   A.  He asked me about it.

10  Q.  And what did you say?

11  A.  I told him that it wasn't mine and I didn't know anything

12  about it --

13  Q.  So you lied again?

14  A.  Yes.

15  Q.  Because you did know about it, right?

16  A.  Yes.

17  Q.  You had seen it before?

18  A.  Yes.

19  Q.  Why did you lie to a police officer again?

20  A.  To protect my safety and my nephew's safety.

21  Q.  Okay.  Then you say at some point, someone presented you

22  with a second gun.  Who presented you with a second gun?

23  A.  I believe Officer Salgado presented me with the second gun

24  as well.

25  Q.  And was Elizondo present when Salgado presented you with

Treadwell - direct by Mr. Franzblau

164

1  the second gun?

2  A.  He was present inside the home, but I don't -- I can't

3  remember if he was right there when --

4  Q.  Right there in the interaction?

5  A.  Yes.

6  Q.  So what happened when Salgado presented you with the

7  second gun?

8  A.  He asked me about the second gun, and --

9  Q.  What did you say?

10  A.  I told him, you know, that it wasn't mine.

11  Q.  Did you play dumb again?

12          MR. CLANCY:  Objection.

13          THE WITNESS:  Yes.

14          THE COURT:  Overruled.

15          You can answer.

16  BY MR. FRANZBLAU:

17  Q.  So you lied a third time to a police officer?

18  A.  Yes.

19  Q.  Why did you lie a third time?  Same reason as before?

20  A.  Same reason as before.

21  Q.  During the search, did they present you with any other

22  items that they recovered in the home?

23  A.  Yes.

24  Q.  What else did they show you?

25  A.  They showed -- came to me with some prescription

Treadwell - direct by Mr. Franzblau

165

1   medication.

2   Q.   And who presented you with the prescription medication?

3   A.   Salgado; Officer Salgado.

4   Q.   And what did you tell him about that?

5   A.   I told him that it wasn't mine, it was my uncle's

6   medication.

7   Q.   Is that true?

8   A.   Yes.

9   Q.   What else did they present you with?

10  A.   After that, they -- they didn't present it to me, but they

11  asked me about a heat sealer that I had inside the home.

12  Q.   Did you have a heat sealer inside the home?

13  A.   I did.

14  Q.   All right.  We're going to talk about that in a moment.

15          Did they present you with anything else?

16  A.   Not from my knowledge, no.

17  Q.   Okay.  At any point during that -- during the search, did

18  you admit to knowing that the firearms were in the house?

19  A.   No.

20  Q.   At any point, did you tell them that the firearms were

21  yours?

22  A.   No.

23  Q.   At any point, did you admit to knowing that ecstasy was in

24  the house?

25  A.   No.

CITY 009662

Treadwell - direct by Mr. Franzblau

1  Q.  At any time, did you tell them that the ecstasy was yours?

2  A.  No.

3  Q.  At any time, did you tell them that you sell drugs on the

4  streets?

5  A.  No.

6  Q.  What happened when the search was over?

7  A.  When the search was over, the majority of the officers

8  left the residence, and Officer Elizondo and Officer Salgado

9  asked me if I had any information pertaining to anybody else

10  that may have had any drugs or guns or anything that could

11  lead to -- you know, further.

12  Q.  So where are you at this point?  Are you in the same place

13  you were throughout the search?

14  A.  Yes.

15  Q.  So you're handcuffed in the chair at the front of the

16  apartment?

17  A.  Yes.

18  Q.  Other police officers have left.  Now it's just the three

19  of you?

20  A.  Yes.

21  Q.  You, Salgado, and Elizondo.

22       And they start asking you if you have information?

23  A.  Yes.

24  Q.  Did you provide information to them?

25  A.  No.

CITY 009663