# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mark Treadwell

                Plaintiff,

v.                                       Case No.: 1:19−cv−03179

                                                   Honorable Virginia M. Kendall

David Salgado, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2021:

    MINUTE entry before the Honorable Heather K. McShain: The Court grants the joint motion to quash [191] the subpoenas with respect to the request for Simmons' call recordings. With respect to the requests related to Lazo's call recordings, the Court construes the motion to quash [191] as a motion for a protective order to prevent third−party discovery, and grants the motion. Enter Order. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.