**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| MARK TREADWELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 C 03179 |
| | ) | |
| vs. | ) | |
| | ) | Judge Virginia M. Kendall |
| CHICAGO POLICE OFFICERS DAVID | ) | |
| SALGADO (#16347), XAVIER ELIZONDO | ) | |
| (#1340), and the CITY OF CHICAGO, Illinois, | ) | Magistrate Judge Heather K. |
| | ) | McShain |
| Defendants. | ) | |

**DEFENDANTS ELIZONDO AND SALGADO'S
APPENDIX OF EXHIBITS IN SUPPORT OF THEIR JOINT
MOTION FOR SUMMARY JUDGMENT**

NOW COMES, Defendant, XAVIER ELIZONDO, by and through his attorneys, O'CONNOR & BATTLE, LLP and Defendant, DAVID SALGADO, by and through his attorneys, BORKAN & SCAHILL, LTD., (collectively "Defendant Officers"), and for the Defendant Officers' Appendix of Exhibits In Support of Their Joint Motion For Summary Judgment, state as follows:

**Appendix of Exhibits**

Deposition of Richard Mostowski. ............................................................................................ Exhibit 1

October 15, 2019, *United States v. Elizondo*, Case No. 18 CR 286
Criminal Trial Testimony............................................................................................................ Exhibit 2[1]

Deposition of Mark Treadwell................................................................................................... Exhibit 3

October 21, 2017 Search Warrant Packet for 1645 S. Harding ............................................. Exhibit 4

October 17, 2017 Keeler Search Warrant (filed under seal)[2] ................................................ Exhibit 5

Criminal History Report – Mark Treadwell ............................................................................ Exhibit 6

Plaintiff's Certified Statements of Convictions ...................................................................... Exhibit 7

---

[1] Portions of Exhibit 2 and Exhibit 39 related to sidebar conferences have been redacted.
[2] *See* Dkt. 241, Defendant's Unopposed Motion for Leave to File Certain Exhibits in Support of Defendant Officers' Joint Motion for Summary Judgment Under Seal.

1

March 11, 2020 Sentencing Testimony,
*United States v. Elizondo*, Case No. 18 CR 2876 ............................................................................... Exhibit 8

Photograph Labeled CITY 6709 (filed under seal) ................................................................... Exhibit 9

Photograph Labeled CITY 6690 (filed under seal) ................................................................. Exhibit 10

Photograph Labeled CITY 6685 (filed under seal) ................................................................. Exhibit 11

Photograph Labeled CITY 6676 (filed under seal) ................................................................. Exhibit 12

Deposition of Tameka Treadwell ............................................................................................... Exhibit 13

Original Case Incident Report RD# JA480718 ....................................................................... Exhibit 14

Arrest Report RD# JA480718 .................................................................................................... Exhibit 15

Plaintiff's Response to Defendant City's First Set of Interrogatories ................................... Exhibit 16

October 22, 2017, Report of Proceedings,
*People of the State of Illinois v. Mark Treadwell*, Case No. 17 CR 16647 ...................................... Exhibit 17

May 14, 2018 Report of Proceedings,
*People of the State of Illinois v. Mark Treadwell*, Case No. 17 CR 16647 ...................................... Exhibit 18

Criminal Sentence Order,
*People of the State of Illinois v. Mark Treadwell*, Case No. 2014 CF 1411-001 ............................ Exhibit 19

October 21, 2017 Surveillance Video 02-20171022075959 ..................................................... Exhibit 20

October 21, 2017 Surveillance Video 02-20171022090000 ..................................................... Exhibit 21

OEMC Standard Location Search Report ............................................................................... Exhibit 22

Deposition of Stevan Vidljinovic ................................................................................................ Exhibit 23

Photograph Labeled CITY 6683 (filed under seal) ................................................................. Exhibit 24

Illinois State Police Lab Report RD# JA480718 ..................................................................... Exhibit 25

Deposition of Roberto Ramirez ................................................................................................. Exhibit 26

Inventory Slips RD# JA480718 .................................................................................................. Exhibit 27

Photograph Labeled CITY 6685 (filed under seal) .................................................................. Exhibit 28

Photograph Labeled CITY 6692 (filed under seal) .................................................................. Exhibit 29

Cook County Grand Jury Indictment,
*People of the State of Illinois v. Mark Treadwell*, Case No. 17 CR 16647 ....................................... Exhibit 30

Mark Treadwell Recorded Phone Call dated January 28, 2018 ............................................... Exhibit 31

October 21, 2017 Surveillance Videos ........................................................................... Group Exhibit 32

Plaintiff's Response to Defendant City's
Second Set of Requests for Production to Plaintiff .................................................................. Exhibit 33

February 16, 2022 Report of Proceedings,
*Treadwell v. City of Chicago*, Case No. 19 C 3179 .......................................................................... Exhibit 34

May 9, 2018 Indictment, *United States v. Elizondo*, Case No. 18 CR 2876 .............................. Exhibit 35

Superseding Indictment, *United States v. Elizondo*, Case No. 18 CR 2876 .............................. Exhibit 36

May 14, 2018 Report of Proceedings,
*People of the State of Illinois v. Mark Treadwell*, Case No. 17 CR 16647 ....................................... Exhibit 37

May 14, 2018 Order Quashing,
*People of the State of Illinois v. Mark Treadwell*, Case No. 17 CR 16647 ....................................... Exhibit 38

October 16, 2019 Trial Testimony, *United States v. Elizondo*, Case No. 18 CR 2876 ............ Exhibit 39

Government Witness List, *United States v. Elizondo*, Case No. 18 CR 2876 .......................... Exhibit 40

October 22, 2019 Minute Order as to Elizondo,
*United States v. Elizondo*, Case No. 18 CR 2876 ....................................................................... Exhibit 41

October 22, 2019 Minute Order as to Salgado,
*United States v. Elizondo*, Case No. 18 CR 2876 ....................................................................... Exhibit 42

Deposition of Xavier Elizondo .................................................................................................. Exhibit 43

Deposition of David Salgado ..................................................................................................... Exhibit 44

|  |  |
|---|---|
|  | Respectfully Submitted, |
| XAVIER ELIZONDO, | DAVID SALGADO |
| By: /s/ Kenneth M. Battle<br>     One of His Attorneys | By: /s/ Timothy P. Scahill<br>     One of his Attorneys |
| Kenneth M. Battle<br>Special Assistant Corporation Counsel<br>O'CONNOR & BATTLE, LLP<br>20 N. Clark St., Suite 1600<br>Chicago, IL 60602<br>312-786-4600<br>kbattle@mokblaw.com | Timothy P. Scahill<br>Special Assistant Corporation Counsel<br>BORKAN & SCAHILL, LTD.<br>20 South Clark Street, Suite 1700<br>Chicago, IL 60603<br>312-580-1030<br>tscahill@borkanscahill.com |