# EXHIBIT 26

```
                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF ILLINOIS

                      EASTERN DIVISION

    ------------------------------------------------------

    Mark Treadwell,



            Plaintiff,



       vs.                           Case Number 1:2019cv03179



    City of Chicago et al.,



            Defendants.

    ------------------------------------------------------

                  Deposition of Roberto Ramirez

                            Tuesday

                        May 11th, 2021


                             -at-


                     Zoom Remote Deposition
```

Exhibit 5, LLC

```
 1        Q.   Do you remember hearing him talk to any other
 2   officers that day?
 3        A.   I know officers were conversating with them
 4   -- with -- with him.  What conversations were taking
 5   place, who he was talking to, I don't recall.
 6        Q.   You're not sure what he said to anyone and
 7   what anybody said to him?
 8        A.   No.                                           3:56:23
 9        Q.   Did any officers relay anything that he said
10   to them to you?
11        A.   Not -- not that I recall, no.
12        Q.   Was the -- was there a team meeting before
13   this search and -- the search at 1619 Harding were
14   executed?
15        A.   I don't know if you'd call it a meeting, but
16   it's more of an information thing that a supervisor
17   would do, giving information about an individual for
18   the -- the target of a search warrant, where we're
19   going to, what we expect to -- to be inside, as far as
20   people who either reside there or what type of -- if
21   there's weapons or narcotics we're looking for, or
22   dogs, etcetera.
23        Q.   Do you -- did you say "a formation meeting"
24   or "an information meeting"?
25        A.   Information.                                  3:57:21
```

```
 1        Q.    Do you remember having the information
 2   meeting about 1645 South Harding?
 3        A.    I don't remember it, but again, this is
 4   something typical that we do.  Yeah, so I'm not saying
 5   that it didn't happen or it did, I just can't remember
 6   it.
 7        Q.    Do you remember having an information meeting
 8   about searching 1619 South Harding?
 9        A.    No.
10        Q.    If there were going to be two searches going
11   on on the same block around the same time, would you
12   typically have the information meeting at the same time
13   for both of those searches?
14        A.    Yes, definitely.
15        Q.    And do you recall ever participating in two
16   searches around the same time on the same block?
17        A.    Are you talking about this particular time,
18   sir?
19        Q.    No, I'm talking do you ever remember doing
20   that?
21        A.    Yes.                                        3:58:15
22        Q.    How frequently did you do that over the
23   years?
24        A.    Not too often.  Not too often.
25        Q.    Like, less than five times?
```

```
 1        A.    Yeah, you know what, I -- I don't even want
 2   to give you a number because I'm -- I'm not sure.
 3        Q.    But you're sure it's happened?
 4        A.    It's -- I'm sure it's happened, yes.
 5        Q.    And you're -- but you're -- you're not sure
 6   what you did at 1619, correct?
 7        A.    That's correct.
 8        Q.    All right.  What else can you tell me you
 9   have -- what -- what else do you have an independent
10   recollection of with respect to the search of 1645
11   South Harding on October 21, 2017?
12        A.    Well, after looking over the -- the report, I
13   -- I did recall recovering a vest, some rounds, I can't
14   tell you unless I look at the report what -- what
15   caliber rounds they were or how many, but there was
16   firearm rounds and a magazine that I recovered.
17        Q.    Do you remember where you recovered those
18   items?                                                 3:59:27
19        A.    I'm not 100 percent sure, but I think it was
20   on the second floor -- somewhere on the second floor.
21        Q.    And was anybody with you when you recovered
22   those items?
23        A.    We had officers all over the place, so I'm
24   not sure -- I'm pretty sure there was someone else with
25   -- not necessarily with me, but alongside somewhere on
```

```
 1  that second floor possibly.
 2      Q.   Did you have a partner that day, October
 3  21st, 2017?
 4      A.   I'm not sure if -- no, I don't believe my
 5  partner, Martinez, was there, so I don't think --
 6      Q.   Do you know why --
 7      A.   I was just either -- I'm sorry.
 8      Q.   Sorry, go ahead.
 9      A.   I was either just working a third wheel or
10  possibly working with Sanchez, I wouldn't be able to
11  tell you that offhand.
12      Q.   Is there anything you could look at that
13  would tell us the answer to that question?
14      A.   On any of this stuff, no, I wouldn't --
15      Q.   Talking --
16      A.   -- be able --
17      Q.   -- about anything.                          4:00:40
18      A.   No, not on this right here.
19      Q.   What about are there other documents you
20  could look at that would give you the answer to that
21  question?
22      A.   I'm not sure, maybe, like, worksheets.  We
23  had our daily worksheet that was filled out by a
24  supervisor or somewhere in the office at the time.
25      Q.   Are you talking about A&A sheets?
```

Exhibit 5, LLC

```
 1        A.   Yes.
 2        Q.   And what -- would that -- that might tell you
 3   who your partner was that day?
 4        A.   Yes.
 5        Q.   So let's mark Exhibit 7.  We've got the A&A
 6   sheets, which is City 1 to 5.
 7             MR. JANSKI:  Handing document City 1 to 5 to
 8   the witness.
 9        A.   Okay.                                        4:01:43
10        Q.   Okay.  If you look at -- well, can you -- do
11   you recognize this document?
12        A.   Not really.  The way the A&A sheets were,
13   like, either filled out by a supervisor or someone
14   would be on a -- on an actual paper where they would X
15   where our names are on or typed on, and he would
16   actually -- he or she would actually fill out who's
17   working with who at the time.  But this -- this one
18   right here, I don't think that it even describes, you
19   know, which two cars are together or which two
20   individuals are working together.  They're just showing
21   the start time and, you know, your beat number, date of
22   work, and your information as far as star number, unit
23   of assignment, and name.
24        Q.   What does the -- what does the beat number
25   mean?                                                  4:02:45
```

```
 1        Q.   So in that case -- in this case, it would be
 2   -- that would be Salgado?
 3        A.   That's correct.
 4        Q.   And he's listed as the number one -- he's the
 5   first person on that sheet that you identified as the
 6   one where you normally list photos, correct?
 7        A.   Yeah, he's on here as the recovered, and not
 8   necessarily that it's recovered, because it's something
 9   that belongs already to CPD, but that's just the way
10   it's -- it's -- it's put on there.
11        Q.   Would -- would that suggest that he is the
12   one who took the pictures, or just you have no idea
13   based on this statement?
14        A.   I have no -- yeah, I have no --
15             MS. HUTCHINSON:  Objection --
16             WITNESS:  Sorry.                          4:21:21
17             MS. HUTCHINSON:  Sorry.  You can answer.
18        A.   I have no idea based on this.
19        Q.   All right.  Have you seen anything else that
20   would tell you who took the pictures?
21        A.   No, I can't think of anything else that could
22   -- that could help me find out who took the pictures
23   that they -- that time.
24        Q.   Do you recall seeing pictures taken during
25   the search?
```

```
 1       A.    No.                                              4:22:00
 2       Q.    Do you recall -- or do you know whether
 3  pictures were taken showing the state of the -- the
 4  residence before your team searched?
 5       A.    I remember someone taking -- no.  Again, it's
 6  -- it's our usual practice to take pictures before --
 7  before, during, and after, so -- but do I actually
 8  remember someone taking the pictures?  No.
 9       Q.    So you don't know when the pictures were
10  taken?
11       A.    No.
12       Q.    All right.  We've already marked the pictures
13  as an exhibit, we made them Number 4, and that's City
14  103 to 138.
15       A.    Okay.
16       Q.    Do you have those in front of you?
17       A.    Yes.                                             4:23:05
18       Q.    You told me earlier that seeing these
19  pictures helped refresh your recollection about parts
20  of the search?
21       A.    Some of the pictures.
22       Q.    Can you tell me which pictures refresh your
23  recollection and how it refreshed your recollection?
24       A.    Exhibit -- the City 000107.  I remember the
25  -- that there was -- it looked like there was work
```

```
 1  being done in the residence and that pool table.  And
 2  then I do remember dogs being -- I don't know if it was
 3  after we went in there, if they were put in the cage --
 4  the cages or not, but I do remember dogs being present
 5  during the search warrant.
 6       Q.   Do you remember where you first saw the dogs?
 7       A.   No.
 8       Q.   Okay.                                     4:24:06
 9       A.   I mean, my recollection is inside, and again,
10  this jogged my memory, but before that, I -- I -- I
11  really couldn't tell you where they were at.
12       Q.   All right.  What other pictures helped to
13  refresh your recollection?
14       A.   The dog in the -- the cages and the kennels.
15  That's 000115.
16       Q.   You said, "115"?
17       A.   Yes.                                      4:25:08
18       Q.   Okay.
19       A.   Let's see.  One second, sir.  The last one is
20  00124.
21       Q.   Okay.  What --
22       A.   That has --
23       Q.   What -- what about that picture?
24       A.   That has the vest that I recall finding and
25  magazines -- or I'm sorry, not magazines, boxes of
```

```
 1  ammo.
 2       Q.   And then where -- can you describe the vest
 3  in that picture?
 4       A.   It's a blue vest with black Velcro.  It's
 5  like a navy blue.
 6       Q.   And that -- is that right under the -- sort
 7  of, like, a red crate?
 8       A.   That is correct.                              4:26:13
 9       Q.   And I said, "Crate," but it's a very small
10  kind of --
11       A.   Yeah, it's a -- yes.
12       Q.   And where's the ammo?
13       A.   The ammo is right next to -- or right below
14  the -- the vest on the -- if you're looking at it, on
15  the left side.  It's Remington ammo and Winchester
16  ammo.
17       Q.   Is that the state that you found those two
18  things in?
19       A.   Exactly exactly, I'm not sure.  I'm not sure
20  if I moved the vest or if the vest kind of went to the
21  side and I saw the -- the light brown, I'm not sure --
22  or the boxes of light brown.
23       Q.   And was it in that blue -- it looks like a --
24  almost like a laundry hamper, was it in that when you
25  found the vest?
```

```
 1       A.   It was on top of it, just the way you see it.
 2  But like I said, I don't -- can't remember if it moved
 3  at all during our search or during me removing
 4  something.  I -- I can't remember.
 5       Q.   What -- what do you mean you -- when -- when
 6  you say you can't tell if it moved at all, what -- can
 7  you -- what do you mean?
 8       A.   Yeah, because the -- do you see those --
 9  those bags, the bag of bags there?
10       Q.   Yeah.                                    4:27:22
11       A.   Those -- those were, I think -- I believe
12  those were on top of it, but you could still see, I
13  think, the vest.  That's how I was able to see it was a
14  vest.
15       Q.   You think you can see the vest, or you know
16  you could see the vest?
17       A.   No, I know I could see the vest.  I mean --
18       Q.   How about the ammo?  Could you see the ammo
19  before you moved the bags?
20       A.   No, I don't -- I don't believe so.
21       Q.   How long were you inside the residence before
22  you found the vest and the ammo?
23       A.   I have no idea.
24       Q.   Do you know how long you were in the
25  residence in total?
```

Exhibit 5, LLC

```
 1       A.   Not at all.
 2       Q.   Do you remember how long you were on the
 3  property in total, including time in the residence?
 4       A.   No.                                          4:28:11
 5       Q.   Do you remember where this vest was in the
 6  house?
 7       A.   I believe it was on the second floor.
 8       Q.   Do you remember what room it was in?
 9       A.   I'm not 100 percent sure.  No, I don't --
10  yeah, I'm -- I'm not exactly where I'm -- where it
11  would have been where I found it on the second floor.
12       Q.   And do -- and I may have asked you this
13  already, but do you remember, was anyone with you when
14  you found the vest and the ammo?
15            MR. JANSKI:  Object.  Asked and answered, but
16  you can --
17       Q.   No, I did ask -- I -- I did ask you that, you
18  don't have to answer it again.  I -- I did not
19  intentionally ask you that twice.  I realized, after he
20  objected, that was right.  Any other pictures refresh
21  your recollection?
22       A.   I remember -- what is that?  City 0012 -- I'm
23  sorry, 13600 -- 000136.
24       Q.   Okay.                                        4:29:28
25       A.   And I remember those red containers being on
```